Petition for Writ of Mandamus Denied and Memorandum Opinion filed August
29, 2003









Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 29, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00755-CV

____________

 

IN RE TANDEM ENERGY CORPORATION,
TORTUGA OPERATING COMPANY, AND SIERRA MINERAL DEVELOPMENT, L.C., Relators

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M
E M O R A N D U M   O P I N I O N

On July 2, 2003, relators, Tandem
Energy Corporation, Tortuga Operating Company,  and Sierra Mineral
Development, L.P., filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221;  see also Tex. R. App. P. 52.  In their petition, relators
seek to compel the Hon. Sharolyn Wood, presiding
judge of the 127th District Court in Harris County, Texas, to vacate her June
25, 2003 AOrder on First Amended Verified
Petition of the State & County to Take Videotaped Depositions with Request
for Production before Suit.@








 Mandamus will lie only to correct a clear
abuse of discretion.  Walker v. Packer,
827 S.W.2d 833, 840 (Tex. 1992) (orig. proceeding).  A clear abuse of discretion warranting
correction by mandamus occurs when a court issues a decision which is made
without reference to guiding principles of law or, stated differently, is
arbitrary and unreasonable.  See
Johnson v. Fourth Court of Appeals, 700 S.W.2d 916, 917 (Tex. 1985) (orig.
proceeding).  With respect to resolution
of factual issues or matters committed to the trial court=s
discretion, the reviewing court may not substitute its judgment for that of the
trial court.  Walker, 827 S.W.2d at 839‑40. 
The relators must, therefore, establish that
the trial court could reasonably have reached only one decision.  Id. 
This relators failed
to prove.  To show abuse of discretion in determining
legal principles, the relators must show the trial
court clearly failed to analyze or apply the law correctly.  Id. at 840.  This relators also failed to prove.  Thus, we will not disturb the trial court=s
ruling.

We deny relators= petition for writ of mandamus.  Having disposed of this original proceeding,
we lift the stay imposed by our order of July 3, 2003.

 

 

PER CURIAM

 

 

 

Panel consists of Justices Anderson,
Seymore, and Guzman.

 

Judgment rendered and Memorandum
Opinion filed August 29, 2003.